**FILED**
**9/8/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Anthony Zayas
#K-71658
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Of Cook County
Tom Dart
Director Terry Williams
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**

MAY 0 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case 1:16-cv-4906
Judge John W. Darrah
Magistrate Judge Susan E. Cox
PC5

**CHECK ONE ONLY:**

☒ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Anthony Zayas

    B. List all aliases: N/A

    C. Prisoner identification number: K-71658

    D. Place of present confinement: Hill Correctional Center

    E. Address: P.O. Box 1700 Galesburg, IL. 61401

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Dart
        Title: Sheriff of Cook County
        Place of Employment: Cook County Jail

    B. Defendant: Terry Williams
        Title: Director
        Place of Employment: Cook County Jail

    C. Defendant: _____
        Title: _____
        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _Anthony Zayas_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During my stay in the Cook County Jail in the month of October until November 22, 2013. I was housed in Anex Building 3 which is a doorm and the building is condimed when it rains outside the leaks when my bunk was located and I was force to sleep on a wet mattress and have water dripping down on me while I slept. Also the ceiling were full of water which caused them to fall from the ceiling and the building is know to have asbestos. The paint was peeling from the walls all over. There was green and black mold all over the bathroom and shower walls and floor. There was no heat or hot water in the building. The mold smell was strong and there's spiders every where you look. That is very inhumain for

for anybody to have to live in those Conditions Even if we are in Jail being detained at the time. This is Crule and unusal punishment.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I be compensated for Punitive damages, Cruel - unusal punishment and Deliberate Indifference.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28 day of April, 20 16

_(signature)_
_(signature)_
(Signature of plaintiff or plaintiffs)

Anthony Zayas
(Print name)

K-71658
(I.D. Number)

Hill C.C.
P.O. Box 1700
Galesburg, IL. 61401
(Address)

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

6

Revised 9/2007